

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2020

No. 04-19-00244-CR

Christopher **KINES**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-07-153-CRW
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

The panel has considered the Pro se Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court